☒ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

JUN 0 2 2009

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED FOR PUBLIC DISCLOSURE

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

v.

Roy Dale Stewart,

    Defendant.

CR 09 0646 PHX SRB (DKD)

**R E D A C T E D**

**I N D I C T M E N T**

VIO: 18 U.S.C. § 871
(Threats Against the President of the United States)

THE GRAND JURY CHARGES:

  On or about March 3, 2009, in the District of Arizona, defendant ROY DALE STEWART knowingly and willfully deposited for conveyance in the mail and for delivery from any post office and by any letter carrier, a writing and document containing a threat to take the life of the President of the United States and to inflict bodily harm upon the President of the United States.

  In violation of Title 18, United States Code, Section 871.

           A TRUE BILL

           s/
           FOREPERSON OF THE GRAND JURY
           Date: June 2, 2009

DIANE J. HUMETEWA
United States Attorney
District of Arizona

s/
MICHAEL T. MORRISSEY
Assistant U.S. Attorney